IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SAMNANG LY | ) CASE NO. 3:23-CV-2190 |
| Plaintiff, | ) |
| vs. | ) |
| | ) District Judge Jeffrey J. Helmick |
| MASTER PRECISION MACHINING COMPANY, LLC et al. | ) |
| Defendants, | ) |
| vs. | ) JOINT STIPULATION OF |
| | ) DISMISSAL WITH PREJUDICE |
| FIRST KLASS MACHINING, LLC | ) |
| Third-Party Defendant. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Samnang Ly, Defendants, Master Precision Machining Company, LLC and Jordan Slusher, and Third-Party Defendant, First Klass Machining, LLC, by and through counsel, and hereby represent that a settlement has been reached and, therefore, the parties stipulate to the dismissal of all claims filed in this matter with prejudice. The Court retains jurisdiction to enforce the settlement reached between the parties. Each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew S. Okiishi* | */s/ Cameron C. Downer* |
| Matthew S. Okiishi (0096706) | Cameron C. Downer (0093684) |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

*/s/ Gregory J. Hermiller*
Gregory J. Hermiller (0071160)
*Counsel for Third-Party Defendant*


Dated: April 28, 2025

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge